UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMOND PERRY,

    Plaintiff,

v.

UNKNOWN CURTIS, et al.,

    Defendants.
_____/

Case No. 1:22-cv-729

HON. JANE M. BECKERING

## **ORDER**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a Motion to dismiss for failure to state a claim (ECF No. 17). Plaintiff filed a Motion for leave to amend the complaint (ECF No. 28). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 35) on July 25, 2024, recommending that this Court deny the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to dismiss for failure to state a claim (ECF No. 17) and the Motion for leave to amend the complaint (ECF No. 28) are DENIED.

Dated: August 22, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge